

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00252-CV

FRANK JARVIS                                                          APPELLANT

V.

CHERYL ANN JACKSON                                                   APPELLEE

-----------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2010-20661-158

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On September 3, 2014, we notified Appellant that the $195 filing fee had not been paid. *See* Tex. R. App. P. 42.3(c), 44.3. We stated that we would dismiss this appeal unless the $195 filing fee was paid by September 15, 2014. As of the date of this memorandum opinion, Appellant has not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b). Because Appellant failed to comply

---

[1]*See* Tex. R. App. P. 47.4.

with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).  Costs are taxed against Appellant, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  October 2, 2014

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).